Jonathan A. Nakielny
FMC Devens, J01 101U
PO Box 879
Ayer, MA 01432-0879

The Honorable Judge Mary M. Lisi
US District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903-1779

RE: Case# 1:99-cr-00088-ML-1

Dear Judge Lisi,

Please accept this letter as a formal request to have my fine waived in its entirety, or, in the alternative, to wait until I am back on the street to resume payments. I had difficulty enough paying on the fine while I was working and making at least 75 times what I am making now. I do get some money sent from home, the average of $100 p/month, except for Christmas and my birthday. Money from home, however, is meant to give me only $25 a week for phone calls, toiletries, and a little food. It is not meant to pay my fine. The BOP claims I have to give it all to them, but there is a program statement that says otherwise. I am only meant to pay out of my institutional earnings -- which at 12¢ an hour do not amount to much. There is no UNICOR here (an employment program in which inmates are capable of earning considerably more funding), and no other source of income that would even come close to helping me pay what the BOP thinks I should pay. Also, the fine was meant to pay ongoing expenses while on probation or supervised release -- which, now, does not start until 2014 -- versus the supervised release which ended in July 2004.

Another point to consider is, as you are aware, when I violated my probation in 2004, and you sentenced me to 18 months imprisonment, the fine was "carried over" to be paid when I completed my 18 month term. As it turned out I was not released after the 18 months, but turned over to the US Marshall's; I have not seen the street since. I picked up a second charge, and was sentenced by the Honorable William E. Smith to 120 months; due to be served here at Devens with 3 years supervised release to follow.

(continued)

Judge Smith had not, as you had, carry over the fine. It is possible that the fine you imposed ended at that point.

What is needed is a clarification on the above point, and I have no way of arranging such from here. Would you kindly give an order clarifying this question?

Furthermore, I had been found indigent when I had appeared before you for my probation violation, which is indicative of an inability to pay the fine that was carried over. At the present time I am also indigent, as can be seen from my last six months of financial statement -- which I have enclosed with this letter.

I respectfully request that you order my fine waived, or at least stayed until I am released. Additionally, I would appreciate the clarification if the fine is not waived or stayed.

If there is a problem with whether or not you have jurisdiction due to Judge Smith being the last judge to sentence me, then I would ask that you present this formal request to him, and inform me that this has been done.

If you or Judge Smith have any questions, please feel free to contact me at the above address.

Thank you very much for your time in this matter.

Sincerely,

Jonathan A. Nakielny,

Inmate #: 04769-070