UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 99-088-01ML

JONATHAN A. NAKIELNY

ORDER

The Government is hereby ordered to file its response to "Motion to Modify Sentence" on or before **June 6, 2008.**

SO ORDERED

Mary M. Lisi
Chief U.S. District Judge
May 19, 2008

Entered as an Order of this Court on May 20, 2008.

Barbara Barletta
Deputy Clerk