IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 99-CR-088ML |
| | : | |
| JONATHAN NAKIELNY | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO WAIVE OR STAY FINE

The government does not object to the Court granting defendant's request to stay the fine imposed in the above entitled matter until such time as the defendant is released from prison. The government does not believe that the fine should be waived.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

On this 10th day of June, 2008, I caused the Government's Response to Defendant's Motion to Waive or Stay Fine to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Jonathan A. Nakielny
Reg. # 04769-070
FMC Devens
Federal Medical Center
P.O. Box 879
Ayer, MA 01432

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov